UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT STRONG,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>BRIAD RESTAURANT GROUP, LLC dba TGI FRIDAY'S #1920; VESTAR CALIFORNIA XVII, LLC,<br><br>　　　Defendants. | Case No. 09cv0795 L (POR)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a), Joint Motion for Dismissal is **GRANTED**. This action is hereby **DISMISSED WITH PREJUDICE**.

Dated: September 11, 2009

M. James Lorenz
United States District Court Judge

*Strong v Briad Restaurant Group, et al*　　　　　　　　　　　　　　　Order Re: Joint Motion for Dismissal
Case No. 09cv0795 L (POR)